**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1606**

_____

SAMUEL T. WHATLEY, II; REVEREND DR. SAMUEL T. WHATLEY; PACITA WHATLEY,

        Plaintiffs - Appellants,

     v.

SOUTHERN SEASONS HEATING & AIR CONDITIONING; CLAUDE MCALHANY, Owner; NORTH CHARLESTON POLICE DEPARTMENT,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:22-cv-04364-RMG)

_____

Submitted:  October 10, 2024                Decided:  October 15, 2024

_____

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Samuel T. Whatley, II; Samuel T. Whatley; Pacita D. Whatley, Appellants Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel T. Whatley, II, Reverend Dr. Samuel T. Whatley, and Pacita D. Whatley appeal the district court's order accepting the recommendation of the magistrate judge and dismissing their amended complaint for lack of standing, lack of subject matter jurisdiction, and failure to state a claim. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because the Whatleys's informal brief does not challenge the bases for the district court's disposition, they have forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*